1
2
3            **UNITED STATES DISTRICT COURT**
4            **CENTRAL DISTRICT OF CALIFORNIA**
5

| | |
|---|---|
| 6  LENDER TRUST, | Case No. CV 10-07434-DSF (AJWx) |
| 7            Plaintiff, | |
| 8       v. | **ORDER RE STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL** |
| 9 | |
| 10 THE CIT GROUP / COMMERCIAL SERVICES, INC., | |
| 11           Defendant. | |
| 12 | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     Pursuant to stipulation by the parties and good cause appearing therefore, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL.

**IT IS SO ORDERED.**

DATED: 10/7/2011

By: _/s/ Andrew J. Wistrich_
Hon. Andrew J. Wistrich
United States Magistrate Judge