JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| LENDER TRUST, | Case No. CV 10-7434 DSF (AJWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| THE CIT GROUP/COMMERCIAL SERVICES, INC., | |
| Defendant. | |

**BASED UPON THE STIPULATION OF THE PARTIES, IT IS ORDERED** that the Complaint filed by Plaintiff Lender Trust against Defendant The CIT Group/Commercial Services, Inc. is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party further agrees to bear its own costs in connection with the action.

Dated: April 10, 2012

BY THE COURT:

By *Dale S. Fischer*

Hon. Dale S. Fischer
District Court Judge
Central District of California

1