JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| LENDER TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>THE CIT GROUP/COMMERCIAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No. CV 10-7434 DSF (AJWx)<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

| | |
|---|---|
| 1 | **BASED UPON THE STIPULATION OF THE PARTIES, IT IS** |
| 2 | **ORDERED** that the Complaint filed by Plaintiff Lender Trust against Defendant The |
| 3 | CIT Group/Commercial Services, Inc. is hereby dismissed with prejudice pursuant to |
| 4 | Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party further agrees to bear its |
| 5 | own costs in connection with the action. |

Dated:  April 10, 2012            BY THE COURT:

By  _____
　　　　Hon. Dale S. Fischer
　　　　District Court Judge
　　　　Central District of California

1